**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
Daniel J. Saval
May Orenstein
Kerry Quinn



*Attorneys for Plaintiff Fairfield Sentry Limited (In Liquidation),
by the Foreign Representatives Thereof*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case |
| Fairfield Sentry Limited, <u>et al.</u>, | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), | Adv. Pro. No. _____ |
| Plaintiff, | |
| V. | PLAINTIFFS' DEMAND FOR JURY TRIAL |
| AXA Isle of Man A/C L & C and Beneficial Owners of the Accounts Held In the Name of AXA Isle of Man A/C L & C 1-1000, | |
| Defendants. | |

### PLAINTIFF'S DEMAND FOR JURY TRIAL

Pursuant to Rules 38 and 81(c)(3)(B) of the Federal Rules of Civil Procedure, Plaintiff Fairfield Sentry Limited demands trial by jury in this action of all issues so triable.

1

Dated: September 2, 2010
       New York, New York

                      BROWN RUDNICK LLP

                      By: _____
                      David J. Molton
                      Daniel J. Saval
                      May Orenstein
                      Kerry Quinn
                      Seven Times Square
                      New York, New York 10036
                      (212) 209-4800

*Attorneys for Plaintiff Fairfield Sentry Limited (In Liquidation), by the Foreign Representatives Thereof*